1  ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
2  San Diego, California 92101
Telephone: (619) 233-7521
3  Facsimile:  (619) 233-4516

4  Attorney for Material Witness, Noemi SANTOYO-Zuniga

FILED
AUG 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PABLO SANCHEZ-ANTONIO,<br><br>　　　　Defendant. | Criminal Case No.: 06CR0667<br>Magistrate Case No: 06MJ0560<br><br>Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |

## ORDER

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness Noemi SANTOYO-Zuniga is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety:

**Benjamin Lopez**
**2324 E. 24th Street, Apt. 102**
**National City, CA 91950**

Dated: 8/13/07

_____
U. S. Magistrate Judge

- 1 -

Order to Exonerate the Appearance Bond for the Material Witness